June 11, 2010

Ms. Shelley Dahlberg
Office of the Attorney General
PO Box 12548 (MC 059)
Austin, TX 78711-2548
Mr. J. W. Beverly
Dow Golub Berg & Beverly, LLP
8 Greenway Plaza, 14th Floor
Houston, TX 77046

RE: Case Number: 08-1001
 Court of Appeals Number: 01-06-00490-CV
 Trial Court Number: 2001-34089

Style: THE UNIVERSITY OF HOUSTON
 v.
 STEPHEN BARTH

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. M. Karinne |
| |McCullough |
| |Mr. Loren Jackson |